Signed: December 30, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Lisa Nicole Youngblood         Case Number: 09-70466-J-13

                                      Chapter: 13

                Debtor(s).

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, **11/19/2009**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | All Recipients |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |