Entered on Docket
January 29, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 29, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Lisa Nicole Youngblood

Debtor(s)

Chapter 13 Case Number:
09-70466-EDJ13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**CASE DISMISSED**

This proceeding having heretofore been ordered Dismissed and Martha G. Bronitsky, Chapter 13 Standing Trustee, having filed her Final Report and Account, after notice and good cause appearing,

IT IS HEREBY ORDERED that said report and account be, and the same hereby is allowed as filed, and the said Trustee is hereby discharged of her trust and her bond is released.

END OF ORDER

|     |                                      |
| --- | ------------------------------------ |
| 1   | COURT SERVICE LIST                   |
| 2   |                                      |
| 3   | Lisa Nicole Youngblood      Pro Per  |
|     | 622 W 16Th St                        |
|     | Antioch,CA 94509            (Counsel for Debtor) |
| 4   |                                      |
|     | (Debtor(s))                          |
| 5   |                                      |
| 6   |                                      |
| 7   |                                      |
| 8   |                                      |
| 9   |                                      |
| 10  |                                      |
| 11  |                                      |
| 12  |                                      |
| 13  |                                      |
| 14  |                                      |
| 15  |                                      |
| 16  |                                      |
| 17  |                                      |
| 18  |                                      |
| 19  |                                      |
| 20  |                                      |
| 21  |                                      |
| 22  |                                      |
| 23  |                                      |
| 24  |                                      |
| 25  |                                      |